# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

DONALD RICHARD CHILDS, II,

    Plaintiff,

vs.

BOYD GAMING CORPORATION,

    Defendant.

Case No. 2:18–cv–00316–GMN–VCF

**ORDER**

MOTIONS TO FILE SUPPLEMENTS TO COMPLAINT (ECF NOS. 14, 16)

    Before the Court is Plaintiff Donald Childs' Motions to File First and Second Supplements to Complaint. (ECF Nos. 14, 16). For the reasons stated below, Childs' motions are denied.

    Childs' motions are substantively similar. Both cite the basic legal standard for amending a complaint and list paragraphs of allegations that Childs seeks to add to his complaint. (ECF No. 14, 16). However, as stated in Boyd Gaming's response to Childs' motions, Childs failed to attach the complete proposed amended pleading to his motions. (ECF No. 15 at 3).

    "[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "[T]he moving party must attach the proposed amended pleading to a motion seeking leave of the court to file an amended pleading. The proposed amended pleading must be complete in and of itself without reference to the superseded pleading and must include copies of all exhibits referred to in the proposed amended pleading." LR 15-1(a).

    Childs failed to follow the procedural requirements of LR 15-1(a) in filings his motions to amend his complaint. Therefore, the Court denies Childs' motions to amend at this time. If Childs is to amend

his complaint, he must attach the complete proposed amended pleading to his motion.  The Court is not ruling on the merits of Childs' motions to amend in this Order.  However, the Court does caution Childs that any future motion to amend cannot simply cite the rules regarding amendment.  Childs must also discuss the factors the Court considers to assess the propriety of a motion for leave to amend.  *See Johnson v. Buckley*, 356 F.3d 1067, 1077 (9th Cir. 2004).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Childs' Motions to File First and Second Supplements to Complaint (ECF Nos. 14, 16) are DENIED.

DATED this 5th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE